**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 5, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00010-CV
_____

### IN RE HEDDERMAN ENGINEERING, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-45894**

---

## MEMORANDUM OPINION

On January 7, 2022, relator Hedderman Engineering, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Fredericka Phillips, presiding judge of the 61st District Court of Harris County, to set aside her December 16, 2021 order denying relator's Rule 91a motion to dismiss and dismiss the plaintiffs' suit.

Relator has not established that it is entitled to mandamus relief.  Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer, and Wilson.